```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                          SOUTHERN DIVISION


                       CIVIL MINUTES - GENERAL
```

Case No.    SA CV08-195-AHS(MLGx)                   Date: **April 19, 2010**

Title:    **ALL CITIES REALTY INC. v. HOLLYMAX REALTY INC., etc., et al.**

================================================================
PRESENT: **HON. ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE**

      **Ellen Matheson**                  **Not Present**
      Deputy Clerk                    Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**
Not present                         Not present

**PROCEEDINGS:**  (In Chambers) ORDER TO SHOW CAUSE RE DISMISSAL
                      RETURNABLE: MAY 17, 2010

    Counsel/Parties are hereby ordered to show cause in writing no later than **May 17, 2010**, why this case should not be dismissed as to the remaining defendants pursuant to F.R.Civ.P. Rule 41, for lack of prosecution.  No oral argument of this matter will be heard unless ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of an appropriate response.

    Counsel/Parties are advised that the Court will consider either the filing of an answer by each of the remaining defendants listed below, or an application by plaintiff for entry of clerk's default as to all remaining defendants, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

        Kenneth Davis
        Omid Aresteh
        Matthew Freedman
        Gina Saeidian

    The Clerk shall serve this minute order on all counsel/parties in this action.

                                                      ____ : _____
                                  Initials of Deputy Clerk:  enm