**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

**CIVIL MINUTES - GENERAL**

Case No.   **SA CV08-195-AHS(MLGx)**                                        Date: **May 5, 2010**

Title:    **ALL CITIES REALTY INC. v. HOLLYMAX REALTY INC., etc., et al.**

========================================================================

**PRESENT: HON. ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE**

    **Ellen Matheson**                           **Not Present**
    Deputy Clerk                                Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
Not present                                 Not present

**PROCEEDINGS:**   (In Chambers) ORDER TO SHOW CAUSE RE DISMISSAL
                RETURNABLE: MAY 28, 2010

    Plaintiff is hereby ordered to show cause in writing no later than **May 28, 2010**, why this case should not be dismissed as to defendants Arianne Kays, Colette Stevens, Simon Shaheri and Allen Jackson pursuant to F.R.Civ.P. Rule 41, for lack of prosecution.  Default By Clerk on these defendants was entered on April 7, 2010.  No oral argument of this matter will be heard unless ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of an appropriate response.

    Counsel is advised that the Court will consider the filing of motions for default judgment as to the referenced defendants, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

    The Clerk shall serve this minute order on all counsel/parties in this action.

                                                                :
                                      Initials of Deputy Clerk:   enm